# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re MONA LISA AT CELEBRATION, LLC,**
**Litigation**

Case No.  6:08-cv-735-Orl-KRS
(Consolidated with:
6:08-cv-00736-KRS
6:08-cv-00737-KRS
6:08-cv-00738-KRS
6:08-cv-00739-KRS
6:08-cv-00902-KRS
6:08-cv-01026-JA-KRS
6:08-cv-01264-KRS
6:08-cv-01332-JA-KRS
6:08-cv-01333-JA-KRS
6:08-cv-01334-JA-KRS
6:08-cv-01335-JA-KRS
6:08-cv-01343-JA-KRS
6:08-cv-01344-JA-KRS
6:08-cv-01345-JA-KRS
6:08-cv-01415-KRS
6:08-cv-01601-JA-KRS
6:08-cv-01617-JA-KRS)

_____

## ORDER

This cause came on for consideration without oral argument on review of the file. Consistent with the Order in related case *O'Sullivan v. Mona Lisa at Celebration, LLC*, No. 6:08-cv-735-Orl-KRS, this case shall be consolidated for pretrial purposes with the earlier filed *O'Sullivan* case.  The Court reserves for later consideration the issue of whether the consolidated cases should be tried together or separately.

Until further order of the Court, all future filings are to be filed in the lowest numbered case, No. 6:08-cv-735-Orl-KRS.  Any such filings must use the caption "In re

MONA LISA AT CELEBRATION, LLC, Litigation" and list all of the consolidated cases, as demonstrated in the caption of this Order. When necessary, the body of the filing should 1) state that it is directed to a particular party or parties; and 2) list the case number(s) to which the particular filing is directed.

The Clerk is **directed to administratively close this case**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE